ROBERT R. WATERS  (Pro Hac Vice)
rrwaters@waterslawgroup.com
**WATERS LAW GROUP, PLLC**
12802 Townepark Way, Suite 200
Louisville, KY  40243
Telephone:  (502) 425-2424

JON-JAMISON HILL  (SBN 203959)
jhill@mrllp.com
BRANDY ALONZO-MAYLAND  (SBN 352295)
balonzo-mayland@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Telephone:  (310) 299-5500

Attorneys for Plaintiff
WG SECURITY PRODUCTS, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WG SECURITY PRODUCTS, INC., a California corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>THE KROGER COMPANY, an Ohio corporation, and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.: 5:25-cv-07928-NW<br>*Assigned to the Hon. Noël Wise*<br><br>**AMENDED JOINT STIPULATION SETTING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT; [PROPOSED] ORDER**<br><br>Date:      June 24, 2026<br>Time:      9:00 a.m.<br>Courtroom:      3<br><br>State Action Filed:   July 29, 2025<br>Action Removed:     September 17, 2025<br>Trial Date:         None Set |

**AMENDED STIPULATION SETTING BRIEFING SCHEDULE**
**Case No. 5:25-cv-07928-NW**

Pursuant to Civil Local Rules 6-2(a) and 7-12, Plaintiff WG Security Products, Inc. ("*WG Security*") and Defendant The Kroger Co. ("*Kroger*," and collectively, the "*Parites*") by their undersigned counsel, stipulate as follows:

1. On April 13, 2026, Kroger filed its Motion to Dismiss Plaintiff's First Amended Complaint ("*Motion*"). [Dkt. No. 34]. The hearing on Kroger's Motion was set for June 24, 2026, which was the first available hearing date offered by the clerk.

2. The Motion is lengthy and raises numerous arguments which seek dismissal of WG Security's First Amended Complaint. The relatively short extensions to both sides' deadlines to file their respective briefs are necessary to allow counsel appropriate time to fully brief the issues for the Court while simultaneously attending to urgent tasks on other matters.

3. WG Security's counsel has been diligently working on its opposition to the Motion, but has also had to meet filing deadlines in other matters, including briefing a summary judgment motion and handling quick turn-around motions related to witness and records subpoenas for a current Superior Court trial. Over the past two weeks, WG Security's lead counsel has had to attend five separate court hearings and prepare for an upcoming deposition of an incarcerated federal inmate, which was logistically difficult to arrange.

4. Kroger's lead counsel anticipates multiple court-imposed briefing deadlines in the coming month, including multiple motions to dismiss, discovery motion practice, and multiple court hearings during the same period. Kroger therefore respectfully requests an extension to its deadline to submit a reply brief that is commensurate WG Security's requested extension. Kroger's request also reflects its agreement with WG that it would join this stipulated request on the condition of receiving a commensurate extension of time to file its reply brief.

5. Counsel for the Parties met and conferred on April 22, 2026, to discuss a briefing schedule that would allow both sides appropriate time to fully brief the issues raised by the Motion, given counsel's respective schedules. Through their meet and confer, the Parties agreed to the deadlines identified in Paragraph 5, below.

6. Good cause exists to amend the briefing schedule as proposed in order to accommodate counsel's schedules and ensure full briefing. The stipulated briefing schedule will not

**AMENDED STIPULATION SETTING BRIEFING SCHEDULE**
**Case No. 5:25-cv-07928-NW**

affect any other event or deadline in this case and is the first stipulated request as to the briefing schedule for Kroger's Motion.

7. Therefore, the Parties respectfully request that this Court enter the following briefing schedule on Defendant's Motion to Dismiss:

• WG Security's opposition will be due no later than May 11, 2026; and

• Kroger's reply will be due no later than June 1, 2026.

Dated: April 28, 2026                    **MICHELMAN & ROBINSON, LLP**

By: ____/s/ Jon-Jamison Hill____
Jon-Jamison Hill
Attorneys for Plaintiff WG Security Products, Inc.

Dated: April 28, 2026                    **DAVIS WRIGHT TREMAINE LLP**

By: ____/s/ Jacob M. Harper____
Jacob M. Harper
Attorneys for Defendant The Kroger Co.

**AMENDED STIPULATION SETTING BRIEFING SCHEDULE**
**Case No. 5:25-cv-07928-NW**

## **FILER'S ATTESTATION**

I, Jon-Jamison Hill, am the ECF user whose identification and password are being used to file this stipulation. In compliance with L.R. 5-1(i)(3), I hereby attest that Defendant's counsel concurs in this filing.

Dated:  April 28, 2026                    **MICHELMAN & ROBINSON, LLP**

By:     /s/ Jon-Jamison Hill
Jon-Jamison Hill
Attorneys for Plaintiff WG Security Products, Inc.

4

**AMENDED STIPULATION SETTING BRIEFING SCHEDULE**
**Case No. 5:25-cv-07928-NW**

## [PROPOSED] ORDER

Pursuant to the parties' Amended Stipulation concerning a briefing schedule for their respective opposition and reply to the Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. No. 34), and good cause appearing therefore, the Court ORDERS as follows:

1.    WG Security Products, Inc.'s opposition to the motion will be due no later than May 11, 2026; and

2.    The Kroger Co.'s reply to the motion will be due no later than June 1, 2026.


Dated:    April 29, 2026              By: _____
                                         Hon. Noel Wise
                                         United States District Court Judge

5

**AMENDED STIPULATION SETTING BRIEFING SCHEDULE**
**Case No. 5:25-cv-07928-NW**